ROBERT E. DINEEN, Superintendent of Insurance of the State of New York, as Liquidator of Lawyers Westchester Mortgage and Title Company, Appellant, *v.* TRUST COMPANY OF NORTHERN WESTCHESTER et al., Defendants, and CITY OF MOUNT VERNON, Respondent. (Appeal No. 1.)

ROBERT E. DINEEN, Superintendent of Insurance of the State of New York, as Liquidator of Westchester Title & Trust Company, Appellant, *v.* ORIE R. KELLY et al., Defendants, and CITY OF MOUNT VERNON, Respondent. (Appeal No. 2.)

Submitted January 12, 1948; decided March 11, 1948.

*Joseph W. Bryan* for motion.
*Harold Borgwald, Corporation Counsel* (*Irving Libenson* of counsel), for City of Mount Vernon, opposed.

Motion dismissed, with $10 costs and necessary printing disbursements upon the ground that the order does not finally determine the action within the meaning of the Constitution.